UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Keith Allen Schwingdorf, | Case No. 2:23-cv-00533-CDS-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| County of Clark, Las Vegas, | |
| Defendant. | |

A recent review of the Clark County Detention Center ("CCDC") and Nevada Department of Corrections inmate databases shows Plaintiff is no longer incarcerated. Plaintiff has not filed an updated address with the Court since his release. Under U.S. District Court for the District of Nevada Local Rule IA 3-1 a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Further, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") applicable to incarcerated persons together with his Civil Rights Complaint under 42 U.S.C. § 1983 (ECF Nos. 1, 1-1); however, Plaintiff's IFP application is now moot because Plaintiff is no longer incarcerated.

Accordingly, IT IS HEREBY ORDERED that Plaintiff must file his updated address with the Court no later than **October 10, 2023**.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff the approved form application to proceed *in forma pauperis* for a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **October 10, 2023**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* for a non-prisoner; or (2) pay the $402 fee.

IT IS FURTHER ORDERED that failure to comply with this Order may result in a recommendation to dismiss this action without prejudice.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

DATED this 8th day of September, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE